CHINA & JAPAN TRADING CO., Limited, v. DAVIS et al. (Circuit Court of Appeals, Fifth Circuit. February 10, 1903.) No. 1,192. In Error to the Circuit Court of the United States for the Eastern District of Texas. Before PARDEE and SHELBY, Circuit Judges, and BOARMAN, District Judge.

PER CURIAM. As no one of the judges who participated in the decision of this case desires a rehearing, and as all are satisfied with the decision as rendered, the petition for rehearing is denied.